**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


AARON J. BRESSI,                               :    No. 97 MM 2022
                                               :
                        Petitioner             :
                                               :
                                               :
            v.                                 :
                                               :
                                               :
DEPARTMENT OF HUMAN SERVICES,                  :
                                               :
                        Respondent             :


## ORDER


**PER CURIAM**

  **AND NOW**, this 10th day of February, 2023, the "Application for Appointment of Counsel to File Petition for Allowance of Appeal" is DENIED.